FILED
2019 Mar-04 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
CENTRAL DIVISIONAL AREA

| | |
|---|---|
| MICHAEL J. VIGNEULLE, as Personal Representative for the Estate of Andrew Michael Vignuelle, )<br>)<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>TAHSIN INDUSTRIAL CORP., USA, ) | Case No.: 2:15-CV-2268-SLB |

It is hereby **ORDERED** that the Clerk of the Court provide meals as necessary to the jurors in this case who were duly charged and began their deliberations on March 4, 2019

The expenditure of appropriated funds is authorized generally pursuant to Juror Fee Regulation 5.2.

**ORDERED** this the 4th day of March, 2019.

Sharon Lovelace Blackburn
United States District Judge