FILED
2019 Mar-05 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. VIGNEULLE, as Personal Representative for the Estate of Andrew Michael Vigneulle,** ) ) ) ) | |
| **Plaintiff,** ) ) | **CASE NO. 2:15-cv-2268-SLB** |
| v. ) ) | |
| **TAHSIN INDUSTRIAL CORP., USA,** ) ) | |
| **Defendant.** ) | |

## ORDER

It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE** this 5th day of March, 2019.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE